UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MILTON SAMUELS,<br><br>                    Defendant. | No. 08-cr-789-6 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Defendant Milton Samuels' *pro se* motion, dated September 14, 2020, requesting a reduction of sentence and compassionate release under the First Step Act of 2018, 18 U.S.C. § 3582(c)(1)(A).  (Doc. No. 434.)  The government is ordered to file a letter by October 1, 2020, setting forth its position on Defendant's request.

SO ORDERED.

Dated:      September 24, 2020
            New York, New York

                                                                RICHARD J. SULLIVAN
                                                                UNITED STATES CIRCUIT JUDGE
                                                                Sitting by Designation