UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MILTON SAMUELS,<br><br>                    Defendant. | No. 08-cr-789 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Defendant Milton Samuels' *pro se* letter, dated October 9, 2020, requesting a 30-day extension of time to file a reply to the government's opposition to Samuels' motion for a reduction of sentence and compassionate release. Samuels' unopposed request is GRANTED, and Samuels is ordered to file a reply to the government's opposition by November 9, 2020.

SO ORDERED.

Dated:      October 29, 2020
                 New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation