UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

MILTON SAMUELS,

                Defendant.

No. 08-cr-789-6

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    Milton Samuels, currently incarcerated and proceeding pro se, moves the Court under 18 U.S.C. § 3582(c)(1)(A) for compassionate release. The Court has reviewed the motion and determined that it should not be summarily denied. Accordingly, IT IS HEREBY ORDERED THAT the Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued. IT IS FURTHER ORDERED THAT the government shall file its response to Samuels's motion for compassionate release no later than April 27, 2023.

SO ORDERED.

Dated:     March 27, 2023
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation